11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Patti Gail
Ramsey

Appellant

Vs.                   No.
11-02-00101-CR B
Appeal from Dallas County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to withdraw her notice of appeal.  The motion is signed by both appellant and
her attorney.  The motion is
granted.  TEX.R.APP.P. 42.2.

The
appeal is dismissed.

 

PER CURIAM

 

June 13, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.